UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANIELLE ENOMOTO and BRANDON JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>　　　　　　　Defendant. | Case No.  8:23-cv-01827-JWH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING RESOLUTION OF RELATED NINTH CIRCUIT APPEAL [29][30]**<br><br>Complaint Filed:　June 22, 2023<br>Trial:　　　　　　None Set |

# ORDER

After full consideration of the Parties' Joint Stipulation to Stay Action Pending Ninth Circuit Appeal, the Court finds that the Joint Stipulation should be GRANTED.

**IT IS HEREBY ORDERED** that:

1. All proceedings in this case are hereby stayed.
2. The Parties shall meet and confer within fourteen (14) days of the entry of a decision in the Ninth Circuit appeal and shall file a joint status report no later than sixteen (16) days thereafter regarding the decision and whether the stay shall be lifted.

**IT IS SO ORDERED.**

DATED: October 31, 2023

_____
Hon. David O. Carter
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING JOINT STIPULATION
TO STAY CASE PENDING NINTH CIRCUIT APPEAL**

91772510.1